DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

MATTHEW LAMAR FOLSOM,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D23-2270
————————————————

December 20, 2023

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Pasco County; Gregory G. Groger, Judge.

Matthew Lamar Folsom, pro se.

PER CURIAM.

   Affirmed.

NORTHCUTT, ROTHSTEIN-YOUAKIM, and ATKINSON, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.